ROBERT I. BUCHHOLZ, Appellant, v. UNITED STATES FIRE INSURANCE COMPANY, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

*David A. Ticktin* for motion to dismiss appeal and in opposition to appellant's motion.

*Benjamin Shiverts* in opposition to motion to dismiss appeal and in support of motion for leave to argue appeal on seven copies of Appellate Division record.

Motion granted, and appeal dismissed, with costs and ten dollars costs of motion, unless appellant, within ten days, serves and files undertaking on appeal and pays ten dollars costs, in which event the motion is denied; and upon compliance with the aforesaid condition the motion for leave to argue appeal on seven copies of the Appellate Division record is granted.